UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DONALD L. MCVEY**                                                                        **PLAINTIFF**

**vs.**                                                                        **CASE NO.: 3:15-CV-97-GHA-SAA**

**THE GREAT AMERICAN HOME STORE II,
INC. and VICK L. ETHERIDGE, Individually**

                                                                                                 **DEFENDANTS**

---

**PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

---

COMES NOW, Plaintiff, Donald McVey, and gives Notice that Plaintiff has disclosed to Defendant, the information required by Fed. R. Civ. P. 26(a)(1).

**DATED**, this, the 2nd day of November, 2015.

                                                  Respectfully submitted,

                                                  DONALD MCVEY, PLAINTIFF

                                                  */s/ Christopher W. Espy*              .
                                                  Christopher W. Espy, Esq., MSB #102424
                                                  MORGAN & MORGAN
                                                  188 E. Capitol Street, Ste. 777
                                                  Jackson, MS 39201
                                                  Phone: 601-718-2087
                                                  Fax:    601-718-2102
                                                  Email: cespy@forthepeople.com

                                                  ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I, Christopher W. Espy, Esq., attorney for Plaintiff, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which I understand will send notification of such filing to all counsel of record.

Further, I certify that I have served a copy of the foregoing documents upon all known counsel of record via email.

**SO CERTIFIED**, this the 2nd day of November, 2015.

                                         */s/ Christopher W. Espy* .
                                         CHRISTOPHER W. ESPY, ESQ.