IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DONALD L. MCVEY                                                                         PLAINTIFF

V.                                                                      CASE NO. 3:15CV097-GHD-SAA

THE GREAT AMERICAN HOME STORE II, INC.
AND VICK L. ETHERIDGE, Individually                                           DEFENDANTS

## NOTICE OF SERVICE OF
## RULE 26(a) INITIAL DISCLOSURES

    Notice is hereby given that Defendants, The Great American Home Store II, Inc. and Vick L. Etheridge, have this date served in the above-entitled action:

    Defendants' Initial Disclosures.

    Further, notice is hereby given that the original of said pleading is being retained in our file.

    THIS, the 3rd day of November, 2015.

    Respectfully submitted,

    THE GREAT AMERICAN HOME STORE II, INC. AND VICK L. ETHERIDGE, Individually

    By Its Attorneys,
    JONES WALKER LLP

    By: /s/*Lindsay Thomas Dowdle*
        Lindsay Thomas Dowdle

Joseph L. Adams (MSB #10591)
Lindsay Thomas Dowdle (MSB #102873)
Jones Walker LLP
P. O. Box 427
Jackson, MS  39205-0427
Telephone:  (601) 949-4900
Facsimile: (601) 949-4804
Email:   jojoadams@joneswalker.com
        ldowdle@joneswalker.com

{JX179693.1}

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 3rd day of November, 2015 a true and correct copy of the above and foregoing pleading was served upon the Plaintiff by filing the same in this Court's CM/ECF system as follows:

    Christopher W. Espy, Esq.
    Morgan & Morgan
    188 E. Capitol Street, Ste. 777
    Jackson, MS 39201

    */s/ Lindsay Thomas Dowdle*
    Lindsay Thomas Dowdle