IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

DONALD McVEY                                                    PLAINTIFF

v.                                                              CASE NO. 3:15cv97 -GHD-SAA

THE GREAT AMERICAN HOME STORE, INC.
and
VICK L. ETHERIDGE                                               DEFENDANTS
*Individually*

## ORDER DISMISSING ACTION
## BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This 17th day of December, 2015.

_____
Senior Judge